JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DYLAN J. WAGSTAFF, | ) | NO. EDCV 16-2607-PSG (KS) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| STIRLING PRICE, | ) ) | |
| Respondent | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order,

IT IS ADJUDGED that that this action is dismissed without prejudice.

DATE: 1/11/17

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE